B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bob Baish Excavating, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4294425** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**602 Elm Court**<br>**Rockdale, IL**<br><br>ZIP Code **60436** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                        Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bob Baish Excavating, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bob Baish Excavating, LLC** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**X** _____
 Signature of Debtor

**X** _____
 Signature of Joint Debtor

_____
 Telephone Number (If not represented by attorney)

_____
 Date

**X** _____
 Signature of Foreign Representative

_____
 Printed Name of Foreign Representative

_____
 Date

### Signature of Attorney*

**X** **/s/ Teresa L Einarson** _____
 Signature of Attorney for Debtor(s)

 **Teresa L Einarson 6198676** _____
 Printed Name of Attorney for Debtor(s)

 **Thomas & Einarson, Ltd.** _____
 Firm Name
 **1200 Roosevelt Road**
 **Suite 150**
 **Glen Ellyn, IL 60137**
 _____
 Address

 **630-562-2280  Fax: 630-953-1972** _____
 Telephone Number

 **June  4, 2012** _____
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Bob Baish** _____
 Signature of Authorized Individual
 **Bob Baish** _____
 Printed Name of Authorized Individual
 **Member/Manager** _____
 Title of Authorized Individual
 **June  4, 2012** _____
 Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
 Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
 Address

**X** _____

_____
 Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Bob Baish Excavating, LLC**                Case No. _____

                                      Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Brites Transportation**<br>**17001 State Street**<br>**South Holland, IL 60473** | **Brites Transportation**<br>**17001 State Street**<br>**South Holland, IL 60473** | **Trade debt** | | **10,890.16** |
| **Chicago Street CCDD, LLC.**<br>**1127 So. Chicago Street**<br>**Joliet, IL 60436-2904** | **Chicago Street CCDD, LLC.**<br>**1127 So. Chicago Street**<br>**Joliet, IL 60436-2904** | **Trade Debt** | | **13,995.00** |
| **CR Leonard Plumbing**<br>**2231 Oakleaf St**<br>**Joliet, IL 60436** | **CR Leonard Plumbing**<br>**2231 Oakleaf St**<br>**Joliet, IL 60436** | **Trade debt** | | **7,817.50** |
| **D Construction Inc**<br>**1488 S Broadway**<br>**Coal City, IL 60416** | **D Construction Inc**<br>**1488 S Broadway**<br>**Coal City, IL 60416** | **Trade debt** | | **20,493.31** |
| **Department of the Treasury**<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **Department of the Treasury**<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **R2010116949 -**<br>**$62,397;**<br>**R2010040856 -**<br>**$4,761;**<br>**R2011013866 -**<br>**$40,103.18;**<br>**R2011013865 -**<br>**$128,601** | **Disputed** | **321,693.00**<br><br>**(254,771.00**<br>**secured)** |
| **First Midwest Bank**<br>**1 Pierce Place**<br>**Suite 1500**<br>**Itasca, IL 60143** | **First Midwest Bank**<br>**1 Pierce Place**<br>**Suite 1500**<br>**Itasca, IL 60143** | **Blanket UCC**<br>**Financing**<br>**Statement** | | **1,144,978.00**<br><br>**(387,555.00**<br>**secured)** |
| **Frank F Fehrenbacher Trust**<br>**3414 Westridge Rd**<br>**Joliet, IL 60431** | **Frank F Fehrenbacher Trust**<br>**3414 Westridge Rd**<br>**Joliet, IL 60431** | **Other Debt** | | **19,668.00** |
| **G-Three Construction Corp.**<br>**1850 Moen Ave.**<br>**Rockdale, IL 60436** | **G-Three Construction Corp.**<br>**1850 Moen Ave.**<br>**Rockdale, IL 60436** | **Trade Debt** | | **16,591.22** |
| **Heritage FS**<br>**PO Box 339**<br>**Gilman, IL 60938-0339** | **Heritage FS**<br>**PO Box 339**<br>**Gilman, IL 60938-0339** | **Trade debt** | | **33,922.52** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Bob Baish Excavating, LLC**                             Case No.                       

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **IL Dept of Employment Security Bankruptcy Unit Collection Subdivis 33 S State St, 10th Floor Chicago, IL 60603** | **IL Dept of Employment Security Bankruptcy Unit Collection Subdivis 33 S State St, 10th Floor Chicago, IL 60603** | **Government Agency** | **Disputed** | **19,031.44** |
| **Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338** | **Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338** | **R2012042946** | **Disputed** | **31,250.05**<br><br>**(2,928.00 secured)** |
| **K&D Enterprise 2128 Gould Court Rockdale, IL 60436** | **K&D Enterprise 2128 Gould Court Rockdale, IL 60436** | **Trade debt** | | **32,441.50** |
| **Laborers Pension Fund, et al Office of Fund Counsel 111 W Jackson Blvd, #1415 Chicago, IL 60604** | **Laborers Pension Fund, et al Office of Fund Counsel 111 W Jackson Blvd, #1415 Chicago, IL 60604** | **Delinquent funds contributions** | **Disputed** | **34,627.95** |
| **Midwest Operating Engineers 6150 Joliet Rd Countryside, IL 60525** | **Midwest Operating Engineers 6150 Joliet Rd Countryside, IL 60525** | **Delinquent funds contributions** | **Disputed** | **186,190.00** |
| **National Concrete Pipe Co 11825 Franklin Ave Franklin Park, IL 60131** | **National Concrete Pipe Co 11825 Franklin Ave Franklin Park, IL 60131** | **Trade Debt** | **Disputed** | **57,599.86** |
| **Road Safe Traffic Systems Dept 1001 12225 Disk Drive Romeoville, IL 60446** | **Road Safe Traffic Systems Dept 1001 12225 Disk Drive Romeoville, IL 60446** | **Trade Debt** | | **9,628.98** |
| **Sunset Logistics LLC 8 Prosper Ct Lake in the Hills, IL 60156** | **Sunset Logistics LLC 8 Prosper Ct Lake in the Hills, IL 60156** | **Trade Debt** | | **17,685.00** |
| **Underground Pipe & Valve POB 279 Plainfield, IL 60544** | **Underground Pipe & Valve POB 279 Plainfield, IL 60544** | **Trade Debt** | **Disputed** | **248,732.32** |
| **Vulcan Material 14999 Collections Center Chicago, IL 60693** | **Vulcan Material 14999 Collections Center Chicago, IL 60693** | **Trade Debt** | | **15,330.21** |
| **Wermer, Rogers, Doran & Ruzon 755 Essington Road Joliet, IL 60435** | **Wermer, Rogers, Doran & Ruzon 755 Essington Road Joliet, IL 60435** | **Accounting bill** | | **19,371.04** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Bob Baish Excavating, LLC**                                    Case No. _____
_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member/Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 4, 2012**_____        Signature   **/s/ Bob Baish**_____
**Bob Baish**
**Member/Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Bob Baish Excavating, LLC**                                  ,    Case No. _____

_____

Debtor

Chapter                                    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | **Yes** | **1** | **0.00** | | |
| B - Personal Property | **Yes** | **3** | **405,727.67** | | |
| C - Property Claimed as Exempt | **No** | **0** | | | |
| D - Creditors Holding Secured Claims | **Yes** | **1** | | **1,497,921.05** | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | **Yes** | **3** | | **240,664.31** | |
| F - Creditors Holding Unsecured Nonpriority Claims | **Yes** | **15** | | **3,246,852.10** | |
| G - Executory Contracts and Unexpired Leases | **Yes** | **1** | | | |
| H - Codebtors | **Yes** | **1** | | | |
| I - Current Income of Individual Debtor(s) | **No** | **0** | | | **N/A** |
| J - Current Expenditures of Individual Debtor(s) | **No** | **0** | | | **N/A** |
| Total Number of Sheets of ALL Schedules | | **25** | | | |
| Total Assets | | | **405,727.67** | | |
| Total Liabilities | | | | **4,985,437.46** | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Bob Baish Excavating, LLC** _____,     Case No. _____

Debtor

Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Bob Baish Excavating, LLC**                                        ,    Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **Bob Baish Excavating, LLC** _____,    Case No. _____
                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account: Old Second Bank operational account for company**<br>**Location: Old Second National Bank of Aurora**<br>**850 Essington Road**<br>**Joliet, Illinois 60435** | - | 20,158.43 |
| | | **Checking Account: First Midwest Bank, used for payroll account to handle payroll, taxes etc**<br>**Location: First Midwest Bank**<br>**24509 West Lockport Street**<br>**Plainfield, Illinois 60544** | - | 93.03 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

                                                  Sub-Total >       **20,251.46**
                                                 (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Bob Baish Excavating, LLC**                                    ,   Case No. _____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Freedom Contractors $24,983.00 Haskell $292,585.32 JB Contracting Corp $5690.51 Leonard Plumbing $4806.06 Lindblad Construction $6929.62 Peak Construction Corp $7357.02 Polvika International Co., Inc. $33,364.38 | - | 381,276.21 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >       381,276.21
(Total of this page)

Sheet   __1__   of   __2__   continuation sheets attached
to the Schedule of Personal Property

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Bob Baish Excavating, LLC**
_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Misc pipe and fittings** **Location: 602 Elm Crt  Rockdale, IL 60436** | - | 4,200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **4,200.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **405,727.67** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Bob Baish Excavating, LLC** _____,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx4425**<br><br>**Department of the Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | | - | **Federa; Tax Lien**<br><br>R2010116949 - $62,397; R2010040856 - $4,761; R2011013866 - $40,103.18; R2011013865 - $128,601 | | | X | | |
| | | | Value $                254,771.00 | | | | 321,693.00 | 66,922.00 |
| Account No. **xxxxxxxxxx-x0555**<br><br>**First Midwest Bank 1 Pierce Place Suite 1500 Itasca, IL 60143** | X | - | **06/15/2010**<br><br>**Secured Loan**<br><br>**Blanket UCC Financing Statement** | | | | | |
| | | | Value $                387,555.00 | | | | 1,144,978.00 | 757,423.00 |
| Account No. **xx-xxx4425**<br><br>**Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338** | | - | **State Tax Lien**<br><br>R2012042946 | | | X | | |
| | | | Value $                  2,928.00 | | | | 31,250.05 | 28,322.05 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| **0** continuation sheets attached | Subtotal<br>(Total of this page) | | 1,497,921.05 | 852,667.05 |
| | Total<br>(Report on Summary of Schedules) | | 1,497,921.05 | 852,667.05 |

B6E (Official Form 6E) (4/10)

.

In re    **Bob Baish Excavating, LLC**                                                    ,    Case No. _____
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Bob Baish Excavating, LLC**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **xxxx xx. xx-xx-1093** | | | | Delinquent funds contributions | | | | | |
| **Laborers Pension Fund, et al Office of Fund Counsel 111 W Jackson Blvd, #1415 Chicago, IL 60604** | X | - | | | | X | | 34,627.95 | Unknown / Unknown |
| Account No. **x3416** | | | | 11/2010 - 7/2011 Delinquent funds contributions | | | | | |
| **Midwest Operating Engineers 6150 Joliet Rd Countryside, IL 60525** | X | - | | | | X | | 186,190.00 | Unknown / Unknown |
| Account No. | | | | Funds contributions | | | | | |
| **Suburban Teamsters 101 E Chicago St Elgin, IL 60120** | | - | | | | | | 814.92 | Unknown / Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet _**1**_ of _**2**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 221,632.87 / 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Bob Baish Excavating, LLC** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx052-4** <br><br> **IL Dept of Employment Security Bankruptcy Unit Collection Subdivis 33 S State St, 10th Floor Chicago, IL 60603** | - | | 03/31/2011 <br><br> **Government Agency** | | | X | <br><br> 19,031.44 | **Unknown** <br><br> **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 <br> 19,031.44 | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 <br> 240,664.31 | 0.00 |

B6F (Official Form 6F) (12/07)

In re    **Bob Baish Excavating, LLC**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx xxxxx20-03<br><br>**Accident Fund Ins. Co. of America**<br>PO Box  77000<br>Dept 77125<br>Detroit, MI 48277-0125 | - | | 11/18/2010<br>Medical | | | | 1,000.00 |
| Account No. xxx xxx6520<br><br>**Accident Fund Ins. Co. of America**<br>PO Box  77000<br>Detroit, MI 48277-0125 | | | 02/28/2011<br>Medical | | | | 1,122.00 |
| Account No. xxx xxxxx20-02<br><br>**Accident Fund Ins. Comp. of America**<br>PO Box 77000<br>Detroit, MI 48277-0125 | - | | 01/19/2010<br>Medical | | | | 169.70 |
| Account No. xx xxxxx20-02<br><br>**Accident Fund Ins. Comp. of America**<br>PO Box 77000<br>Department 77125<br>Detroit, MI 48277-0125 | - | | 04/20/2010<br>Medical | | | | 30.71 |

__14__ continuation sheets attached

Subtotal
(Total of this page)          **2,322.41**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bob Baish Excavating, LLC**                                    ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx xxxxx20-02** | | | | | 07/23/2010 **Medical** | | | | |
| **Accident Fund Ins. Comp. of America** **PO Box 77000** **Dept. 77125** **Detroit, MS 48277-0125** | - | | | | | | | | 7.30 |
| Account No. | | | | | Trade Debt | | | | |
| **Airgas North Central** **1250 W Washington St** **West Chicago, IL 60185** | - | | | | | | | | 2.83 |
| Account No. | | | | | Trade debt | | | | |
| **Alliance Fence Corp** **1900 I-80 South Frontage Rd** **Lansing, IL 60438** | - | | | | | | | | 7,274.42 |
| Account No. | | | | | 01/03/2011 **Trade debt** | | | | |
| **ASC Industries, LTD.** **1406 W. 175th Street** **East Hazel Crest, IL 60429** | - | | | | | | | | 1,134.80 |
| Account No. | | | | | 08/04/2011 **Trade debt** | | | | |
| **Aurora Blacktop** **1065 Sard Ave** **Montgomery, IL 60538** | - | | | | | | | | 525.87 |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,945.22

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bob Baish Excavating, LLC**                                              ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Baish Excavating Inc 602 Elm Court Rockdale, IL 60436 | - | | Labor and Equipment | | | | 331,560.75 |
| Account No.  Baish Excavating, Inc. 602 Elm Court Rockdale, IL 60436 | - | | 03/31/2011 Unsecured Loan | | | | 73,500.00 |
| Account No.  Bluetech Printing 12249 S. Rhea Drive Ste. 5 Plainfield, IL 60585 | | | 03/16/2012 Trade Debt | | | | 40.50 |
| Account No.  Bobs Bullet Boring Inc. 3701 Charlemaine Drive Aurora, IL 60504 | - | | 11/18/2008 Trade Debt | | | | 2,000.00 |
| Account No.  Bowman, Barrett & Associates, Inc. 130 East Randolph Street Suite 2650 Chicago, IL 60601 | - | | 09/19/2010 Trade Debt | | | | 2,000.00 |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

409,101.25

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bob Baish Excavating, LLC**                                                    , Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**Brites Transportation**<br>**17001 State Street**<br>**South Holland, IL 60473** | | - | | **Trade debt** | | | | 10,890.16 |
| Account No.<br><br>**Carr Concrete Construction, Inc.**<br>**P.O. Box 490**<br>**Minooka, IL 60447** | | - | | 11/01/2007<br>**Trade Debt** | | | | 7,500.00 |
| Account No.<br><br>**Chicago Street CCDD, LLC.**<br>**1127 So. Chicago Street**<br>**Joliet, IL 60436-2904** | | - | | 07/14/2010<br>**Trade Debt** | | | | 13,995.00 |
| Account No. **xxxx-xxxx-xxxx-6408**<br><br>**Citibank Mastercard**<br>**PO Box 183173**<br>**Columbus, OH 43218-3173** | | - | | 03/04/2006<br>**Credit Card** | | | | 2,400.00 |
| Account No.<br><br>**Concrete Clinic Inc**<br>**Department 20-7029**<br>**PO Box 5997**<br>**Carol Stream, IL 60197-5997** | | - | | **Trade debt** | | | | 507.78 |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,292.94

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bob Baish Excavating, LLC**                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Concrete Specialties Co**<br>**PO Box 7369**<br>**Romeoville, IL 60446** | - | | | | | | 3,913.44 |
| Account No. | | | Trade debt | | | | |
| **CR Leonard Plumbing**<br>**2231 Oakleaf St**<br>**Joliet, IL 60436** | - | | | | | | 7,817.50 |
| Account No. | | | Trade debt | | | | |
| **D Construction Inc**<br>**1488 S Broadway**<br>**Coal City, IL 60416** | - | | | | | | 20,493.31 |
| Account No. | | | 02/03/2012<br>Legal bill | | | | |
| **David Lloyd, attorney**<br>**Grochocinski Grochocinski Lloyd**<br>**1900 Ravinia Place**<br>**Orland Park, IL 60462** | - | | | | | | 916.00 |
| Account No. | | | 10/04/2010<br>Trade Debt | | | | |
| **DeBold Topsoil and Trucking**<br>**P.O. Box 4078**<br>**Joliet, IL 60434** | - | | | | | | 4,262.50 |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        37,402.75

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bob Baish Excavating, LLC**                                              ,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 08/30/2011<br>Trade Debt | | | | |
| Elmhurst Chicago Stone<br>P O Box 57<br>Elmhurst, IL 60126-0057 | - | | | | | | | |
| | | | | | | | | 2,295.00 |
| Account No. | | | | 12/22/2011<br>Trade Debt | | | | |
| Filter Renew Technologies<br>3205D Lakeside Court<br>Mchenry, IL 60050 | - | | | | | | | |
| | | | | | | | | 152.00 |
| Account No. | | | | 12/13/2011<br>Other Debt | | | | |
| First Insurance Funding Corp.<br>450 Skokie Blvd, Suite 1000<br>P.O. Box 3306<br>Northbrook, IL 60065-3306 | - | | | | | | X | |
| | | | | | | | | 1,253.49 |
| Account No. | | | | 10/01/2010<br>Other Debt | | | | |
| Frank F Fehrenbacher Trust<br>3414 Westridge Rd<br>Joliet, IL 60431 | - | | | | | | | |
| | | | | | | | | 19,668.00 |
| Account No. | | | | 12/04/2009<br>Trade Debt | | | | |
| G-Three Construction Corp.<br>1850 Moen Ave.<br>Rockdale, IL 60436 | - | | | | | | | |
| | | | | | | | | 16,591.22 |

Sheet no. __5__ of __14__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)             39,959.71

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bob Baish Excavating, LLC**                                                        ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Gary J. Fernandez & Associates, Ltd. <br>1200 Roosevelt Road <br>Suite 150 <br>Glen Ellyn, IL 60137 | - | | | 12/31/2011 <br>Legal Bill | | | | 4,590.27 |
| Account No. <br><br>Heritage FS <br>PO Box 339 <br>Gilman, IL 60938-0339 | - | | | Trade debt | | | | 33,922.52 |
| Account No. <br><br>Heritage Logistics <br>62632 Collections Center Dr <br>Chicago, IL 60693-0626 | - | | | Trade debt | | | | 1,261.54 |
| Account No. <br><br>Hoving Clean Sweep <br>2351 Powis Rd <br>West Chicago, IL 60185 | - | | | Trade debt | | | | 543.75 |
| Account No. <br><br>Hoving Pit Stop <br>2351 Powis Rd <br>West Chicago, IL 60185 | - | | | Trade Debt | | | | 44.86 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,362.94

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bob Baish Excavating, LLC**                                      ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 10/31/2009 Trade Debt | | | | |
| **Illinois Truck & Equipment 320 Briscoe Drive Morris, IL 60450** | - | | | | | | 311.55 |
| Account No. | | | Trade debt | | | | |
| **J&E Transport Ltd 17001 State St South Holland, IL 60473** | - | | | | | | 2,650.00 |
| Account No. | | | Trade debt | | | | |
| **James L Lord Inc 27 W 231 Hoy Ave Warrenville, IL 60555** | - | | | | | | 962.50 |
| Account No. | | | 12/31/2004 Unsecured Loan | | | | |
| **Jeanne Baish 24820 W. Illini Plainfield, IL 60544** | - | | | | | | 144,810.00 |
| Account No. | | | 12/30/2010 Trade Debt | | | | |
| **John Sexton Sand and Gravel 4415 W. Harrison Street Hillside, IL 60162** | - | | | | | | 1,912.80 |

| | | |
|---|---|---|
| Sheet no. __7__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 150,646.85 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bob Baish Excavating, LLC**                                              ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 11/21/2008 | | | | |
| JoMar 1914 Heather Lane Joliet, IL 60431 | - | | Trade Debt | | | | 2,513.96 |
| Account No. | | | Trade debt | | | | |
| K&D Enterprise 2128 Gould Court Rockdale, IL 60436 | - | | | | | | 32,441.50 |
| Account No. | | | 08/09/2010 | | | | |
| Kramer Tree Specialists, Inc. 300 Charles Court West Chicago, IL 60185 | - | | Trade Debt | | | | 3,720.00 |
| Account No. | | | 10/29/2010 | | | | |
| Lafarge Aggregates Illinois Inc. Dept. Ch. 19393 Palatine, IL 60055-9393 | - | | Trade Debt | | | | 3,404.22 |
| Account No. | | | Trade Debt | | | | |
| LM Ryan Construction 237 W Wapella POB 728 Minooka, IL 60447 | - | | | | | | 1,950.00 |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       44,029.68

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bob Baish Excavating, LLC**                                          ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 11/30/2011 Trade Debt | | | | |
| McCauley Mechanical Construction 8787 S. 78th Avenue Bridgeview, IL 60455-1862 | - | | | | | | | | 2,256.65 |
| Account No. | | | | | Trade debt | | | | |
| MDI PO Box 226 Channahon, IL 60410 | - | | | | | | | | 831.25 |
| Account No. | | | | | 02/28/2011 Trade Debt | | | | |
| Mining International, LLC. 1955 Patterson Road Joliet, IL 60436 | - | | | | | | | | 625.68 |
| Account No. | | | | | 04/26/2012 Trade Debt | | | | |
| Morris Asphalt Division 1488 So. Broadway Coal City, IL 60416 | - | | | | | | | | 224.42 |
| Account No. | | | | | 11/10/2010 Trade Debt | | | | |
| Narvick 801 Railway Court Minooka, IL 60410 | - | | | | | | | | 2,536.72 |

Sheet no. __9__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,474.72

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Bob Baish Excavating, LLC_____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| National Concrete Pipe Co 11825 Franklin Ave Franklin Park, IL 60131 | | - | | | | | X | |
| | | | | | | | | 57,599.86 |
| Account No. | | | | Trade Debt | | | | |
| Neenah PO Box 729 Neenah, WI 54956-0729 | | - | | | | | | |
| | | | | | | | | 4,445.57 |
| Account No. | | | | Legal bill | | | | |
| Niew Legal Partners PC 1000 Jorie Blvd, Suite 206 Oak Brook, IL 60523 | | - | | | | | | |
| | | | | | | | | 5,255.00 |
| Account No. | | | | 07/21/2010 Trade Debt | | | | |
| Pierro Electric 2120 Gould Court Unit 2 Rockdale, IL 60436 | | - | | | | | | |
| | | | | | | | | 4,527.26 |
| Account No. | | | | 09/10/2010 Trade Debt | | | | |
| R & R Septic 24451 Black Road Joliet, IL 60431 | | - | | | | | | |
| | | | | | | | | 5,375.00 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

77,202.69

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bob Baish Excavating, LLC**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 06/30/2011 Trade Debt | | | | |
| RJ Harms Trucking & Excavating P.O. Box 142 Dolton, IL 60419 | - | | | | | | 2,850.00 |
| Account No. | | | Trade Debt | | | | |
| Road Safe Traffic Systems Dept 1001 12225 Disk Drive Romeoville, IL 60446 | - | | | | | | 9,628.98 |
| Account No. | | | 03/31/2002 Personal Loan | | | | |
| Robert Baish 24820 W. Illini Plainfield, IL 60544 | - | | | | | | 1,883,510.14 |
| Account No. | | | 01/18/2011 Trade Debt | | | | |
| Rockdale Asphalt Division 1488 So. Broadway Coal City, IL 60416 | - | | | | | | 608.62 |
| Account No. | | | Trade Debt | | | | |
| Safety Check Inc 13753 McKanna Rd Minooka, IL 60447 | - | | | | | | 3,885.00 |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,900,482.74**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bob Baish Excavating, LLC** _____,   Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Sandeno, Inc<br>1488 So. Broadway<br>Coal City, IL 60416 | - | | 10/30/2010<br>Trade Debt | | | | 630.00 |
| Account No.<br><br>Sawcore Inc<br>PO Box 537<br>Peotone, IL 60468 | - | | Trade Debt | | | | 1,400.00 |
| Account No.<br><br>Schloss Development, Inc.<br>602 Elm Court<br>Rockdale, IL 60436 | - | | 12/23/2008<br>Unsecured Loan | | | | 150,000.00 |
| Account No.<br><br>Schubert & Sons Concrete<br>1976 Sheffield Lane<br>Wheaton, IL 60189 | - | | 08/22/2010<br>Trade Debt | | | | 785.95 |
| Account No.<br><br>SDH Rockdale 1, LLC .<br>602 Elm Court<br>Rockdale, IL 60436 | - | | 07/01/2011<br>Past Due Rent | | | | 34,081.00 |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     186,896.95

B6F (Official Form 6F) (12/07) - Cont.

In re **Bob Baish Excavating, LLC** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Sunset Logistics LLC**<br>**8 Prosper Ct**<br>**Lake in the Hills, IL 60156** | - | | | | | | 17,685.00 |
| Account No. | | | 09/02/2011<br>Trade Debt | | | | |
| **Transport Towing Inc**<br>**2615 Brandon Road**<br>**Joliet, IL 60436** | - | | | | | | 222.00 |
| Account No. | | | Trade Debt | | | | |
| **Underground Pipe & Valve**<br>**POB 279**<br>**Plainfield, IL 60544** | - | | | | | X | 248,732.32 |
| Account No. | | | Trade Debt | | | | |
| **Vulcan Material**<br>**14999 Collections Center**<br>**Chicago, IL 60693** | - | | | | | | 15,330.21 |
| Account No. | | | 10/31/2011<br>Trade Debt | | | | |
| **Welsch Red-E-Mix, Inc.**<br>**806 Gardner Street.**<br>**Joliet, IL 60433** | - | | | | | | 1,240.68 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    283,210.21

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bob Baish Excavating, LLC**                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wermer, Rogers, Doran & Ruzon**<br>**755 Essington Road**<br>**Joliet, IL 60435** | - | | **02/06/2009**<br>**Accounting bill** | | | | 19,371.04 |
| Account No.<br><br>**West Side Tractor Sales**<br>**Dept 4570**<br>**PO Box 87618**<br>**Chicago, IL 60680-0618** | - | | **Trade Debt** | | | | 5,150.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 24,521.04 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 3,246,852.10 |

B6G (Official Form 6G) (12/07)

.

In re   **Bob Baish Excavating, LLC** _____,   Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **SDH Rockdale 1, LLC**<br>**602 Elm Court**<br>**Rockdale, IL 60436** | **Lesee on lease for 602 Elm Court, Rockdale, IL signed 06/01/2010 expires 06/01/2013 - full rental of property at the rate of $6816.20 per month.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re **Bob Baish Excavating, LLC** _____, Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bob Baish**<br>**24820 W Illini Dr**<br>**Plainfield, IL 60544**<br>  **Personal guaranty** | **First Midwest Bank**<br>**1 Pierce Place**<br>**Suite 1500**<br>**Itasca, IL 60143** |
| **Bob Baish**<br>**24820 W Illini Dr**<br>**Plainfield, IL 60544**<br>  **Guaranty** | **Laborers Pension Fund, et al**<br>**Office of Fund Counsel**<br>**111 W Jackson Blvd, #1415**<br>**Chicago, IL 60604** |
| **Bob Baish**<br>**24820 W Illini Dr**<br>**Plainfield, IL 60544** | **Midwest Operating Engineers**<br>**6150 Joliet Rd**<br>**Countryside, IL 60525** |
| **Bob Baish Excavating Inc**<br>**602 Elm Court**<br>**Rockdale, IL 60436** | **First Midwest Bank**<br>**1 Pierce Place**<br>**Suite 1500**<br>**Itasca, IL 60143** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Bob Baish Excavating, LLC**                                                       Case No. _____

Debtor(s)                         Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Member/Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___27___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **June  4, 2012**                              Signature    **/s/ Bob Baish**

**Bob Baish**
**Member/Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Bob Baish Excavating, LLC**
_____
Debtor(s)

Case No. _____
Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,133,665.98 | 2012 year to date gross income |
| $3,057,386.00 | 2011 gross income from business operations |
| $3,945,395.00 | 2010 gross income from business operations |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT          SOURCE

2

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Department of the Treasury** n/a Cincinnati, OH 45999-0039 | **02/24/2012,03/26/2012,04/26 /2012** | **$15,000.00** | **$321,692.72** |
| **Alliance Fence Corp.** 1900  I-80 South Frontage Rd Joliet, IL 60436 | **03/21/2012** | **$7,606.19** | **$7,274.42** |
| **C R Leonard Plumbing** 2231Oakleaf St Joliet, IL 60436 | **02/24/2012,03/21/2012,05/04 /2012** | **$28,175.61** | **$7,818.50** |
| **Concrete Specialties Company** P.O. Box 7369 Romeoville, IL 60446 | **02/24/2012,03/01/2012,03/14 /2012,03/21/2012,04/27/2012 ,05/04/2012** | **$11,847.21** | **$3,913.44** |
| **D. Construction Inc.** 1488 So.Broadway Coal City, IL 60416 | **02/24/2012,03/21/2012,04/27 /2012** | **$142,052.50** | **$20,493.31** |
| **Hard Rock Concrete Cutters** 601 Chaddick Drive Wheeling, IL 60090 | **02/24/2012** | **$7,385.00** | **$0.00** |
| **Heritage Logistics, LLC** 62632 Collections Center Drive Chicago, IL 60693-0626 | **02/27/2012** | **$19,545.00** | **$1,261.54** |
| **K&D Enterprise** 2128 Gould Court Rockdale, IL 60436 | **02/24/2012,03/21/2012,04/27 /2012** | **$50,152.50** | **$32,441.50** |
| **Laborers' Pension & Welfare Funds** 11465 Cermak Road Westchester, IL 60154 | **02/27/2012,03/30/2012,04/30 /2012** | **$20,362.72** | **$33,241.74** |
| **McCann Industries, Inc.** 38951 Eagle Way Chicago, IL 60678-1389 | **02/24/2012,04/20/2012** | **$5,625.33** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **MDI**<br>**PO Box 226**<br>**Channahon, IL 60410** | **02/24/2012, 03/21/2012,**<br>**04/27/2012** | **$31,160.00** | **$831.25** |
| **Midwest Operating Engineers**<br>**6150 Joliet Road**<br>**Countryside, IL 60525** | **03/22/2012** | **$16,959.54** | **$186,189.88** |
| **MOE Welfare Fund**<br>**P O Box 74632**<br>**Chicago, IL 60675-4632** | **03/23/2012** | **$7,782.83** | **$13,407.12** |
| **MOE Retirement Enhancement Fund**<br>**PO Box 74632**<br>**Chicago, IL 60675-4632** | **03/23/2012** | **$1,056.00** | **$612.50** |
| **National Concrete Pipe Co**<br>**11825 Franklin Ave**<br>**Franklin Park, IL 60131** | **03/02/2012, 04/09/2012,**<br>**04/20/2012** | **$8,712.74** | **$57,599.86** |
| **Neenah**<br>**Box 729**<br>**Neenah, WI 54956-0729** | **04/30/2012** | **$6,500.00** | **$4,445.57** |
| **Suburban Teamsters H&W**<br>**101 E. Chicago St**<br>**Elgin, IL 60120-6466** | **02/29/2012** | **$1,500.00** | **$182.75** |
| **Suburban Teamsters Pension Fund**<br>**101 E Chicago St**<br>**Elgin, IL 30120-6466** | **02/29/2012** | **$2,319.96** | **$265.92** |
| **Suburban Teamsters Welfare Fund**<br>**101 E. Chicago St**<br>**Elgin, IL 60120-6466** | **02/29/2012** | **$2,816.63** | **$367.00** |
| **Underground Pipe & Valve**<br>**P O B 279**<br>**Plainfield, IL 60544** | **02/24/2012, 03/02/2012,**<br>**03/21/2012, 04/27/2012,**<br>**05/04/2012** | **$44,407.37** | **$248,732.32** |
| **Vulcan Material**<br>**14999 Collections Collections Center**<br>**Chicago, IL 60693** | **02/24/2012, 03/22/2012,**<br>**04/02/2012, 04/27/2012,**<br>**05/04/2012** | **$104,886.14** | **$15,330.21** |
| **Xylem Water Solutions U.S.A., Inc.**<br>**PO Box 223724**<br>**Pittsburgh, PA 15251-2724** | **03/21/2012, 05/04/2012** | **$13,894.56** | **$11,411.36** |

None
☐    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Baish Excavating Inc**<br>**602 Elm Court**<br>**Rockdale, IL 60436** | **02/02/2012-04/30/2012** | **$307,144.70** | **$331,560.75** |

4

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **First Midwest Bank v Bob Baish Excavating, LLC, Baish Excavating Inc., Robert Baish and Jeanne Baish; Case No. 11 L 0947** | **Collection on note and guaranty** | **In The Circuit Court of the Twelfth Judicial Circuit Will County Illinois** | **Judgment May 4, 2012-$1,144,977.47** |
| **Neenah Foundry Company v. Bob Baish Excavating LLC 12 AR 436** | **Collection** | **In The Circuit Court of the Twelfth Judicial Circuit Will County, Illinois** | **Pending - agreed order in place with last payment of $6500.00 to be made no later than June 15, 2012** |
| **National Concrete Pipe Co. v. Bob Baish Excavating LLC; Case No 11 L 208** | **Collection** | **In the circuit court of the sixteenth judicial circuit kane county illinois** | **Pending - proceeding stayed as long as Bob Baish Excavating LLC makes monthly payments.** |
| **Laborers Pension Fund, et al v. Bob Baish Excavating LLC and Robert Baish; Case No. 11-cv-1093** | **Collection of contributions** | **Norther District of Illinois, Eastern Division** | **Pending - settled with payment plan** |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.   Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.   Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

5

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Thomas & Einarson, Ltd.**<br>**1200 Roosevelt Road, Suite 150**<br>**Glen Ellyn, IL 60137** | **05/08/2012-06/01/2012** | **$10,000.00 plus $1046.00 filing fee** |

### 10. Other transfers

None
■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

6

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| **Old Second National Bank of Aurora**<br>**37 South River Street**<br>**Aurora, IL 60506** | **06/30/2010 - IRS Levy** | **53,995.85** |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **2134 Maxim Drive**<br>**Rockdale IL 60436-0000** | | **08/01/2004 - 06/01/2010** |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                              DATES SERVICES RENDERED

**Bob Dehm, General Manager**

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                   ADDRESS                  DATES SERVICES RENDERED

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                  ADDRESS
**Wermer, Rogers, Doran & Ruzon**          **755 Essington Road**
**Accountants may have copies of records used for preparation of**    **Joliet, IL 60435**
**taxes**

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                               DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                             (Specify cost, market or other basis)

None
☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                   RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                         NATURE OF INTEREST            PERCENTAGE OF INTEREST

9

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Bob Baish**<br>**24820 W Illini Dr**<br>**Plainfield, IL 60544** | **Member/Manager** | **100%** |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bob Baish**<br>**24820 W Illini Dr**<br>**Plainfield, IL 60544**<br>   **Sole member/manager** | **6/3/2011 - 6/3/2012** | **$80,950.00** |

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **June 4, 2012**_____      Signature   **/s/ Bob Baish**_____

                                                               **Bob Baish**

                                                               **Member/Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Bob Baish Excavating, LLC**

Debtor(s)

Case No.

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ *see attached* |
| Prior to the filing of this statement I have received | $ |
| Balance Due | $ |

2.   $ **1,046.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 1, 2012**

/s/ Teresa L Einarson
**Teresa L Einarson**
**Thomas & Einarson, Ltd.**
**1200 Roosevelt Road**
**Suite 150**
**Glen Ellyn, IL 60137**
**630-562-2280  Fax: 630-953-1972**

In re    **Bob Baish Excavating, LLC** _____    Case No. _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

Other Provisions:

      **Attorney and Client have agreed to an Advanced Payment Retainer in the amount of $10,000.00 and Attorney has received this amount, plus $1046.00 filing fee, from Client prior to filing.  Attorney has and shall bill Client at the rate of $275.00 per hour for services performed in the office and $300.00 per hour for services performed outside the office.  A copy of the Advance Payment Retainer Agreement is attached hereto.**

Law Offices of
**THOMAS & EINARSON, LTD.**
1200 Roosevelt Road, Suite 150
Glen Ellyn, Illinois  60137

George A. Thomas                                      Tel: 630.562.2280
Teresa L. Einarson                                    Fax: 630.953.1972

## ADVANCE PAYMENT RETAINER AGREEMENT

Bob Baish Excavating, LLC                            June 1, 2012
Attn: Bob Baish
602 Elm Court
Rockdale, IL  60436

RE:    Chapter 11 bankruptcy

Dear Mr. Baish:

There are  three types of fee retainers in Illinois:  classic, security and advance payment retainers.  An explanation of each follows.

A classic retainer is defined as a fixed sum of money paid to a lawyer to ensure that the lawyer is available during a specified period of time or for a specified matter.  Under the classic retainer, the lawyer is deemed to have immediately earned the funds regardless of whether the lawyer actually performs any services for the client.  Payments made to this firm pursuant to a classic retainer agreement are deposited into this firm's general account.

The purposed of a security retainer is to secure payment of fees of future services that the lawyer is expected to perform.  Payments made to this firm pursuant to a security retainer agreement are deposited into a client trust account and remain property of the client until our office applies it to charges for services that are actually rendered.  Because funds deposited into a client trust account remain property of the client, the funds paid to this office pursuant to a security payment retainer agreement are *potentially subject to seizure* by third parties, such as judgment creditors, receivers or trustees.

With an advanced payment retainer, the client intends to make a present payment to the lawyer in exchange for the commitment to provide legal services in the future. Ownership of this retainer passes to the lawyer immediately upon payment and is deposited in the lawyer's own general account.  If representation of the client ends before the retainer has been exhausted, the retainer is subject to refund under the Illinois Rules of Professional Conduct.  The use of an advance retainer agreement is appropriate in instances where a client is facing a bankruptcy or collection action and therefore needs to secure sufficient funds *out of the reach of seizure* in order to hire counsel.

June 1, 2012
Bob Baish Excavating, LLC
Page -2-

Thomas & Einarson, Ltd. has agreed to represent Bob Baish Excavating, LLC in a chapter 11 bankruptcy proceeding pursuant to an Advanced Retainer Agreement with legal services to be billed at the rate of $275.00 per hour for services performed in the office and at the rate of $300.00 per hour for services performed out of the office. This advanced payment retainer will ensure that the funds used by Bob Baish Excavating, LLC to hire counsel to to represent it in the Chapter 11 proceeding will be used for that purpose and are not subject to potential seizure by any creditors, receivers, trustees or other third parties. Further, Thomas & Einarson, Ltd. is unwilling to undertake this representation unless it receives an advance payment retainer to ensure the funds it receives are not subject to potential seizure by any creditors, receivers, trustees or other third parties.

Bob Baish of Bob Baish Excavating, LLC, 602 Elm Court, Rockdale, IL, 60436 has read the foregoing; understands the differences between a Security Retainer, Classic Retainer and Advanced Payment Retainer; and, agrees to (sign one):

Security Retainer _____

Classic Retainer _____

Advance Payment Retainer *Bob Baish* _____

THIS ADVANCED PAYMENT RETAINER AGREEMENT entered into on June 1, 2012, by and between THOMAS & EINARSON, LTD., an Illinois Professional corporation, 1200 Roosevelt Road, Suite 150, Glen Ellyn, IL 60185 ("ATTORNEY"), and BOB BAISH EXCAVATING, LLC., an Illinois limited liability company, 602 Elm Court, Rockdale, IL, 60436 ("CLIENT").

1.    EMPLOYMENT.    The CLIENT hereby employs and appoints the ATTORNEY to provide legal services to the CLIENT and to represent the CLIENT in connection with the filing of a liquidating Chapter 11 bankruptcy proceeding for CLIENT in the Bankruptcy Court for the Northern District of Illinois, Eastern Division.

2.    SERVICE.    The CLIENT and ATTORNEY agree that the legal services consist of office and telephone conferences, counseling, advising, settlement, adjustment, and in the event of court action, the preparation of documents and photocopying, filing thereof, and Court appearances.

June 1, 2012
Bob Baish Excavating, LLC
Page -3-

3.    <u>COMPENSATION.</u>

a.    The CLIENT agrees to pay to the ATTORNEY, as Attorney's fees for such representation, compensation at the hourly rates of $275.00 per hour for each hour of services provided by the ATTORNEY while in ATTORNEY'S office and $300.00 per hour for each hour of services provided by ATTORNEY while outside ATTORNEY'S office, including court hearings. and to pay the costs of the proceeding. ATTORNEY'S fees shall be billed to the CLIENT at the above address at least once each calendar quarter.

b.    Bob Baish, the sole manager/member of CLIENT authorizes CLIENT to pay the ATTORNEY an Advance Payment Retainer of $11,046.00 to be deposited into ATTORNEY'S general account, and not a client trust account.

c.    Costs and other expenses, as described later, incurred by ATTORNEY on behalf of the CLIENT are not deemed to be part of the Attorney's fees. These other fees, charges, and expenses paid by ATTORNEY for CLIENT in this Matter will be billed to the CLIENT, together with the billings for fees, at least once each calendar quarter.

d.    The parties acknowledge that this Agreement is for representation through the Bankruptcy Court level only, and for the above referenced proceeding only. In the event of any adversarial proceedings on this matter, any appeal in this matter, or if CLIENT wishes to employ ATTORNEY on any other matter, the parties shall have the right to negotiate another contract, if they so choose.

e.    CLIENT understands that ATTORNEY shall have the right to petition the Court for payment of fees in accord with applicable Bankruptcy statutes. If CLIENT disputes the sufficiency or quality of the legal services provided or the amount of the fees charged by the ATTORNEY, the CLIENT may file an objection to the fees with the Court and request a hearing.

f.    Should the proceedings be concluded with an unearned balance remaining in the retainer, ATTORNEY will remit that balance to the CLIENT. If either the retainer or the advance for expenses is exhausted during the course of the proceedings, the CLIENT authorizes the ATTORNEY to apply to the Court for interim fees and reimbursements. To the extent the full sum of the ATTORNEY'S legal fees and expenses are not paid through the means of the advanced payment retainer plus interim fees and reimbursements approved by the Court, the CLIENT agrees to pay in full any such deficiency immediately upon the conclusion of the proceedings. The ATTORNEY agrees to render periodic statements to the CLIENT,

June 1, 2012
Bob Baish Excavating, LLC
Page -4-

which statements will include information as to the remaining unearned portion of
the retainer and as to the advance for expenses.

4.    COSTS AND EXPENSES.    CLIENT agrees to pay all Court costs, service fees,
Court reporter costs, subpoena costs, depositions, photos, reports, witness statements,
investigation costs, expert's fees, and all other out-of-pocket expenses and costs directly
incurred in investigating and litigating the claim or incurred by ATTORNEY in advancing
CLIENT'S cause.  CLIENT further agrees that CLIENT will pay any such costs or expenses
upon billing by ATTORNEY, and in any event, all such costs expenses shall be paid prior to
conclusion of the case.

5.    COOPERATION.    The CLIENT agrees to cooperate with and assist
ATTORNEY, and to provide full, complete and accurate information and documents as
required in a timely manner, and to keep ATTORNEY advised of CLIENT'S current address
and telephone number or other place of contact.

6.    NO REPRESENTATION.    ATTORNEY makes no warranties or representations
concerning the outcome of this legal action, including, but not limited to, the following:

ATTORNEY does not warrant or guarantee that he will obtain reimbursement for
CLIENT from the opposing party of any of CLIENT'S legal fees, costs or expenses
resulting from CLIENT'S legal action.

CLIENT acknowledges that ATTORNEY has not made a promise of any kind
regarding the outcome of this legal matter has been made to CLIENT, and that
CLIENT expects no promise of any kind from said ATTORNEY.

CLIENT acknowledges that all statements of ATTORNEY on these matters, if any,
are statements of opinion only.

7.    SUBSTITUTION, DISCHARGE, OR WITHDRAWAL OF ATTORNEY.    Both
ATTORNEY and CLIENT shall have the right to terminate this Agreement by sending
notice thereof to the last known address of the other party.

If the CLIENT discharges the ATTORNEY prior to the conclusion of this
representation, the ATTORNEY is entitled to be compensated for the services
rendered pursuant to paragraph 3 above, and for his reasonable expenses and
disbursements, including any previously unpaid costs or expenses then outstanding.

June 1, 2012
Bob Baish Excavating, LLC
Page -5-


8.    ACCEPTANCE OF EMPLOYMENT.    The ATTORNEY hereby accepts said employment on the terms herein set forth, and agrees to do and perform all acts in connection with said legal matter that in the judgment of the ATTORNEY are necessary and proper to enforce and protect the rights of the CLIENT.

9.    LAW TO GOVERN.    The laws of the State of Illinois shall govern the construction and interpretation of this Agreement, and venue shall be DuPage County, Illinois.

10.    SEVERABILITY.    In the event that any provision of this Agreement is finally determined by a court of competent jurisdiction to be inconsistent with or in violation of any applicable law, such provision shall be deemed to be amended or omitted to conform to the requirements of such law without affecting any other provisions of this Agreement or their validity.


BOB BAISH EXCAVATING, LLC          THOMAS & EINARSON, LTD.
an Illinois limited liability company      an Illinois corporation

By: _____          By: _____
      Bob Baish, sole member/manager          George A. Thomas, Its President

                                                        By: _____
                                                              Teresa L. Einarson, Its Secretary


Personal Guarantee

I, Bob Baish, personally guarantee payment of attorney's fees and costs incurred by ATTORNEY in the course of representing Bob Baish Excavating, LLC..

Date: __6|4|12__                              _____
                                                              Bob Baish

# United States Bankruptcy Court

## Northern District of Illinois

In re __Bob Baish Excavating, LLC_____,   Case No. _____

                                             Debtor

                                                      Chapter_____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Bob Baish<br>24820 W Illini Dr<br>Plainfield, IL 60544** | | | **100%<br>member/manager** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member/Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**June  4, 2012**_____   Signature_**/s/ Bob Baish**_____
                                                      **Bob Baish**
                                                      **Member/Manager**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Bob Baish Excavating, LLC**
_____
                                    Debtor(s)

Case No.  _____
Chapter    **11**   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  _____ **82**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **June  4, 2012**
_____

**/s/ Bob Baish**
_____
**Bob Baish**/**Member/Manager**
Signer/Title

Accident Fund Ins. Co. of America
PO Box 77000
Dept 77125
Detroit, MI 48277-0125


Accident Fund Ins. Co. of America
PO Box 77000
Detroit, MI 48277-0125


Accident Fund Ins. Comp. of America
PO Box 77000
Detroit, MI 48277-0125


Accident Fund Ins. Comp. of America
PO Box 77000
Department 77125
Detroit, MI 48277-0125


Accident Fund Ins. Comp. of America
PO Box 77000
Dept. 77125
Detroit, MS 48277-0125


Airgas North Central
1250 W Washington St
West Chicago, IL 60185


Alliance Fence Corp
1900 I-80 South Frontage Rd
Lansing, IL 60438


ASC Industries, LTD.
1406 W. 175th Street
East Hazel Crest, IL 60429


Aurora Blacktop
1065 Sard Ave
Montgomery, IL 60538


Baish Excavating Inc
602 Elm Court
Rockdale, IL 60436

Baish Excavating, Inc.
602 Elm Court
Rockdale, IL 60436


Bluetech Printing
12249 S. Rhea Drive
Ste. 5
Plainfield, IL 60585


Bob Baish
24820 W Illini Dr
Plainfield, IL 60544


Bob Baish Excavating Inc
602 Elm Court
Rockdale, IL 60436


Bobs Bullet Boring Inc.
3701 Charlemaine Drive
Aurora, IL 60504


Bowman, Barrett & Associates, Inc.
130 East Randolph Street Suite 2650
Chicago, IL 60601


Brites Transportation
17001 State Street
South Holland, IL 60473


Carr Concrete Construction, Inc.
P.O. Box 490
Minooka, IL 60447


Chicago Street CCDD, LLC.
1127 So. Chicago Street
Joliet, IL 60436-2904


Citibank Mastercard
PO Box 183173
Columbus, OH 43218-3173


Concrete Clinic Inc
Department 20-7029
PO Box 5997
Carol Stream, IL 60197-5997

Concrete Specialties Co
PO Box 7369
Romeoville, IL 60446


CR Leonard Plumbing
2231 Oakleaf St
Joliet, IL 60436


D Construction Inc
1488 S Broadway
Coal City, IL 60416


David Lloyd, attorney
Grochocinski Grochocinski Lloyd
1900 Ravinia Place
Orland Park, IL 60462


DeBold Topsoil and Trucking
P.O. Box 4078
Joliet, IL 60434


Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Elmhurst Chicago Stone
P O Box 57
Elmhurst, IL 60126-0057


Filter Renew Technologies
3205D Lakeside Court
Mchenry, IL 60050


First Insurance Funding Corp.
450 Skokie Blvd, Suite 1000
P.O. Box 3306
Northbrook, IL 60065-3306


First Midwest Bank
1 Pierce Place
Suite 1500
Itasca, IL 60143

Frank F Fehrenbacher Trust
3414 Westridge Rd
Joliet, IL 60431


G-Three Construction Corp.
1850 Moen Ave.
Rockdale, IL 60436


Gary J. Fernandez & Associates, Ltd.
1200 Roosevelt Road
Suite 150
Glen Ellyn, IL 60137


Heritage FS
PO Box 339
Gilman, IL 60938-0339


Heritage Logistics
62632 Collections Center Dr
Chicago, IL 60693-0626


Hoving Clean Sweep
2351 Powis Rd
West Chicago, IL 60185


Hoving Pit Stop
2351 Powis Rd
West Chicago, IL 60185


IL Dept of Employment Security
Bankruptcy Unit Collection Subdivis
33 S State St, 10th Floor
Chicago, IL 60603


Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338


Illinois Truck & Equipment
320 Briscoe Drive
Morris, IL 60450

J&E Transport Ltd
17001 State St
South Holland, IL 60473


James L Lord Inc
27 W 231 Hoy Ave
Warrenville, IL 60555


Jeanne Baish
24820 W. Illini
Plainfield, IL 60544


John Sexton Sand and Gravel
4415 W. Harrison Street
Hillside, IL 60162


JoMar
1914 Heather Lane
Joliet, IL 60431


K&D Enterprise
2128 Gould Court
Rockdale, IL 60436


Kramer Tree Specialists, Inc.
300 Charles Court
West Chicago, IL 60185


Laborers Pension Fund, et al
Office of Fund Counsel
111 W Jackson Blvd, #1415
Chicago, IL 60604


Lafarge Aggregates Illinois Inc.
Dept. Ch. 19393
Palatine, IL 60055-9393


LM Ryan Construction
237 W Wapella POB 728
Minooka, IL 60447


McCauley Mechanical Construction
8787 S. 78th Avenue
Bridgeview, IL 60455-1862

MDI
PO Box 226
Channahon, IL 60410


Midwest Operating Engineers
6150 Joliet Rd
Countryside, IL 60525


Mining International, LLC.
1955 Patterson Road
Joliet, IL 60436


Morris Asphalt Division
1488 So. Broadway
Coal City, IL 60416


Narvick
801 Railway Court
Minooka, IL 60410


National Concrete Pipe Co
11825 Franklin Ave
Franklin Park, IL 60131


Neenah
PO Box 729
Neenah, WI 54956-0729


Niew Legal Partners PC
1000 Jorie Blvd, Suite 206
Oak Brook, IL 60523


Pierro Electric
2120 Gould Court Unit 2
Rockdale, IL 60436


R & R Septic
24451 Black Road
Joliet, IL 60431


RJ Harms Trucking & Excavating
P.O. Box 142
Dolton, IL 60419

Road Safe Traffic Systems
Dept 1001
12225 Disk Drive
Romeoville, IL 60446

Robert Baish
24820 W. Illini
Plainfield, IL 60544

Rockdale Asphalt Division
1488 So. Broadway
Coal City, IL 60416

Safety Check Inc
13753 McKanna Rd
Minooka, IL 60447

Samuel Schumer
Meltzer Purtill & Stelle LLC
1515 E Woodfield Rd, 2nd Floor
Roselle, IL 60172

Sandeno, Inc
1488 So. Broadway
Coal City, IL 60416

Sawcore Inc
PO Box 537
Peotone, IL 60468

Schloss Development, Inc.
602 Elm Court
Rockdale, IL 60436

Schubert & Sons Concrete
1976 Sheffield Lane
Wheaton, IL 60189

SDH Rockdale 1, LLC
602 Elm Court
Rockdale, IL 60436

SDH Rockdale 1, LLC .
602 Elm Court
Rockdale, IL 60436

Suburban Teamsters
101 E Chicago St
Elgin, IL 60120


Sunset Logistics LLC
8 Prosper Ct
Lake in the Hills, IL 60156


Transport Towing Inc
2615 Brandon Road
Joliet, IL 60436


Underground Pipe & Valve
POB 279
Plainfield, IL 60544


Vulcan Material
14999 Collections Center
Chicago, IL 60693


Welsch Red-E-Mix, Inc.
806 Gardner Street.
Joliet, IL 60433


Wermer, Rogers, Doran & Ruzon
755 Essington Road
Joliet, IL 60435


West Side Tractor Sales
Dept 4570
PO Box 87618
Chicago, IL 60680-0618

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Bob Baish Excavating, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Bob Baish Excavating, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  4, 2012**

Date

**/s/ Teresa L Einarson**

**Teresa L Einarson**

Signature of Attorney or Litigant

Counsel for   **Bob Baish Excavating, LLC**

**Thomas & Einarson, Ltd.**
**1200 Roosevelt Road**
**Suite 150**
**Glen Ellyn, IL 60137**
**630-562-2280 Fax:630-953-1972**