IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Bob Baish Excavating, LLC                                                    Case No. 12-22646

FINAL REPORT ON STATUS OF PLAN PAYMENTS

An order confirming Bob Baish Excavating, LLC's Liquidating Plan dated November 20, 2012 was entered on March 13, 2013.  Since March 13, 2013, Bob Baish Excavating, LLC has made the following payments in accordance with the provisions of the plan:

03/13/2013 Balance in DIP account                                                    $   99,293.74

Administrative expenses:

| Date | Check # | Payee | Amount |
|---|---|---|---|
| 3/14/2013 | #5955 | Citibank | $ 1,200.00 |
| 3/14/2013 | #5957 | Rockdale Asphalt Division | $ 269.64 |
| 3/14/2013 | #5956 | Vulcan Material | $ 324.25 |
| 3/21/2013 | #5959 | US Trustee - 1st Quarter 2013 | $ 975.00 |
| 3/26/2013 | #5960 | US Trustee - 2nd Quarter 2013 | $ 325.00 |

Disbursement to Class 1 Claimant

| Date | Check # | Payee | Amount |
|---|---|---|---|
| 3/18/2013 | #5958 | Special Opportunity Value Fund, LLP | $ 95,500.00 |
| 4/03/2013 | #5961 | Special Opportunity Value Fund, LLP | $ 699.85 |

Ending Balance in DIP account                                                    $        0.00

Bob Baish Excavating, LLC has made all required payments under the plan and no further funds remain to be distributed.

I, Bob Baish, acting as the duly authorized agent under the confirmed plan declare under penalty of perjury under the laws of the United States that I have read and certify that the information listed in this Final Report on Status of Plan Payments is true and correct as of the date of this report to the best of my knowledge, information and belief.

Dated: April 3, 2014                                Bob Baish Excavating, LLC


                                                        By:    Bob Baish_____
                                                               Bob Baish, plan administrator


Teresa L Einarson
George A. Thomas
Thomas & Einarson, Ltd.
1200 Roosevelt Road, Suite 150
Glen Ellyn, IL  60137
Tel. (630) 562-2280