IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-22646 |
| | ) | |
| Bob Baish Excavating, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor in possession. | ) | Judge Donald R. Cassling |

NOTICE OF MOTION

TO: ALL CREDITORS, EQUITY SECURITY HOLDERS AND PARTIES IN INTEREST

PLEASE TAKE NOTICE that an order confirming Bob Baish Excavating, LLC's Liquidating Plan dated November 20, 2012 was entered on March 13, 2013 in the above-captioned Chapter 11 bankruptcy case and that the proponent of the Liquidating Plan has filed a final report on the status of plan payments.

PLEASE TAKE FURTHER NOTICE that on April 23, 2013, at 10:00 a.m., I shall appear before the Honorable Judge Cassling in Courtroom 619, of the Dirksen Federal Buidling, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion for Order of Substantial Confirmation of the Plan and Closing of Case, at which time and place you may appear as you see fit.

/s/     Teresa L. Einarson

Teresa L. Einarson
George A. Thomas
Thomas & Einarson, Ltd.
1200 Roosevelt Road, Suite 150
Glen Ellyn, IL  60137
Tel. (630) 562-2280

1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| BOB BAISH EXCAVATING, LLC, | ) | Case No. 12-22646 |
| | ) | |
| Debtor. | ) | Honorable Judge Donald R. Cassling |
| | ) | |

## MOTION FOR ORDER OF SUBSTANTIAL CONSUMMATION OF PLAN AND CLOSING OF CASE

Bob Baish Excavating, LLC, by and through its attorneys, requests that this Honorable Court enter an order of substantial consummation of the liquidating plan and closing of this case. In support of this motion, Bob Baish Excavating, LLC states:

1.) On March 12, 2013 the Court conducted a hearing at which it approved Bob Baish Excavating, LLC's Disclosure Statement dated November 20, 2012 and also, pursuant to 11 USC §1129(b), confirmed Bob Baish Excavating, LLC's Liquidating Plan dated November 20, 2012.

2.) Since confirmation, Bob Baish Excavating, LLC has paid all final post-petition administrative expenses in accordance with the provisions of the Liquidating Plan.

3.) After payment of final administrative expenses, Bob Baish Excavating, LLC distributed the remaining balance in its DIP account to the Class 1 Claimant, Special Opportunity Value Fund, LLP, assignee of First Midwest Bank. The Liquidating Plan did not provide for distributions to Class 2, 3, 4 and 5 claimants and no distributions have been or will be made to Class 2, 3, 4 and 5 claimants.

4.) Under 11 USC §1101(2), a plan is substantially consummated when: a)

2

substantially all the property to be transferred is transferred; b) if the Plan contemplates a continuation of the business operation, the reorganized Debtor or successor has assumed management of substantially all of the Debtor's business operations; and, c) distribution under the Plan is commenced.

5.) This Liquidating Plan should be deemed to be substantially consummated because: a) all property to be transferred has been transferred; b) as a liquidating plan, no operations will continue; and, c) all distributions made under the Plan have been made.

6.) The case is ready to be closed for the following reasons: a) the final report on status of plan payments has been submitted to the United States Trustee; b) the Trustee's operating fees have been paid in full through second quarter 2013; c) all other administrative expenses have been paid or waived; d) all property transfers required to be made under the Plan have been made; e) all distributions required to be made under the Plan have been made.

WHEREFORE, Bob Baish Excavating, LLC, requests this Court enter an order:

A) Finding that the Debtor has substantially consummated Bob Baish Excavating, LLC's Liquidating Plan dated November 20, 2013;

B) Closing this case; and,

C.) For any further relief this Court deems just and appropriate

                         Bob Baish Excavating, LLC

Teresa L. Einarson          By: /s/ _____Teresa L. Einarson_____
George A. Thomas                        One of Its Attorneys
Thomas & Einarson, Ltd.
1200 Roosevelt Road, Suite 150
Glen Ellyn, IL 60137
Tel: (630) 562-2280

3