IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Bob Baish Excavating, LLC, | ) | Case No. 12-22646 |
| | ) | |
| Debtor in possession. | ) | Judge Donald Cassling |

CERTIFICATE OF SERVICE

I, Teresa L. Einarson, an attorney, certify that on **April 4, 2013**, I served Notice of Motion and Motion for Order of Substantial Consummation of Plan and Closing of Case by placing copies in envelopes addressed to the parties listed in the attached service list and depositing the envelopes in the U.S. Mail, first class mail, proper postage prepaid.

/s/____Teresa L. Einarson_____

Teresa L. Einarson
George A. Thomas
Thomas & Einarson, Ltd.
1200 Roosevelt Road, Suite 150
Glen Ellyn, IL 60137
Tel. (630) 562-2280

Accident Fund Ins. Co. of America
P.O. Box 77000
Dept 77125
Detroit, MI 48277-0125

Accident Fund Ins. Co. of America
P.O. Box 77000
Detroit, MI 48277-0125

Airgas North Central
1250 W Washington St
West Chicago, IL 60185

Alliance Fence Corp
1900 I-80 South Frontage Rd
Lansing, IL 60438

ASC Industries, LTD.
1406 W. 175th Street
East Hazel Crest, IL 60429

Aurora Blacktop
1065 Sard Ave
Montgomery, IL 60538

Baish Excavating Inc
602 Elm Court
Rockdale, IL 60436

Bluetech Printing
12249 S. Rhea Drive
Ste. 5
Plainfield, IL 60585

Bob Baish
24820 W. Illini Dr
Plainfield, IL 60544

Bobs Bullet Boring Inc.
3701 Charlemaine Drive
Aurora, IL 60504

Bowman, Barrett & Associates
130 East Randolph Street, Ste 2650
Chicago, IL 60601

Brites TransP.O.rtation
17001 State Street
South Holland, IL 60473

Carr Concrete Construction, Inc.
P.O. Box 490
Minooka, IL 60447

Chicago Street CCDD, LLC.
1127 So. Chicago Street
Joliet, IL 60436-2904

Citibank Mastercard
P.O. Box 183173
Columbus, OH 43218-3173

Concrete Clinic Inc
Department 20-7029
P.O. Box 5997
Carol Stream, IL 60197-5997

Concrete Specialties Co
P.O. Box 7369
Romeoville, IL 60446

CR Leonard Plumbing
2231 Oakleaf Street
Joliet, IL 60436

D Construction Inc
1488 S Broadway
Coal City, IL 60416

David Lloyd, attorney
Grochocinski Grochocinski Lloyd
1900 Ravinia Place
Orland Park, IL 60462

DeBold Topsoil and Trucking
P.O. Box 4078
Joliet, IL 60434

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Elmhurst Chicago Stone
P.O. Box 57
Elmhurst, IL 60126-0057

Filter Renew Technologies
3205D Lakeside Court
Mchenry, IL 60050

First Insurance Funding Corp.
450 Skokie Blvd, Suite 1000
P.O. Box 3306
Northbrook, IL 60065-3306

Special Opportunity Value Fund
205 E Butterfield Rd, Suite 205
Elmhurst, IL 60126

Frank F Fehrenbacher Trust
3414 Westridge Rd.
Joliet, IL 60431

G-Three Construction Corp.
1850 Moen Ave.
Rockdale, IL 60436

Gary J. Fernandez & Associates
1200 Roosevelt Road, Suite 150
Glen Ellyn, IL 60137

Heritage FS
P.O. Box 339
Gilman, IL 60938-0339

Heritage Logistics
62632 Collections Center Dr
Chicago, IL 60693-0626

Hoving Clean Sweep
2351 Powis Rd
West Chicago, IL 60185

Hoving Pit Stop
2351 Powis Rd
West Chicago, IL 60185

IL Dept of Employment Security
Bankruptcy Unit Collection
Subdivision
33 S. State St, 10th Floor
Chicago, IL 60603

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Illinois Truck & Equipment
320 Briscoe Drive
Morris, IL 60450

J&E Transport Ltd
17001 State St.
South Holland, IL 60473

James L Lord Inc
27 W 231 Hoy Ave.
Warrenville, IL 60555

Jeanne Baish
24820 W. Illini
Plainfield, IL 60544

John Sexton Sand and Gravel
4415 W. Harrison Street
Hillside, IL 60162

JoMar
1914 Heather Lane
Joliet, IL 60431

K&D Enterprise
2128 Gould Court
Rockdale, IL 60436

Kramer Tree Specialists, Inc.
300 Charles Court
West Chicago, IL 60185

Laborers Pension Fund, et al
Office of Fund Counsel
111 W Jackson Blvd, #1415
Chicago, IL 60604

Lafarge Aggregates Illinois Inc.
Dept. Ch. 19393
Palatine, IL 60055-9393

LM Ryan Construction
237 W Wapella, P.O. Box 728
Minooka, IL 60447

McCauley Mechanical Construction
8787 S. 78th Avenue
Bridgeview, IL 60455-1862

MDI
P.O. Box 226
Channahon, IL 60410

Midwest Operating Engineers
6150 Joliet Rd.
Countryside, IL 60525

Mining International, LLC.
1955 Patterson Road
Joliet, IL 60436

Morris Asphalt Division
1488 So. Broadway
Coal City, IL 60416

Narvick
801 Railway Court
Minooka, IL 60410

National Concrete Pipe Co
11825 Franklin Ave
Franklin Park, IL 60131

Neenah
P.O. Box 729
Neenah, WI 54956-0729

Niew Legal Partners PC
1000 Jorie Blvd, Suite 206
Oak Brook, IL 60523

Pierro Electric
2120 Gould Court Unit 2
Rockdale, IL 60436

R & R Septic
24451 Black Road
Joliet, IL 60431

RJ Harms Trucking & Excavating
P.O. Box 142
Dolton, IL 60419

Road Safe Traffic Systems
Dept 1001
12225 Disk Drive
Romeoville, IL 60446

Robert Baish
24820 W. Illini
Plainfield, IL 60544

Rockdale Asphalt Division
1488 So. Broadway
Coal City, IL 60416

Safety Check Inc.
13753 McKanna Rd
Minooka, IL 60447

Samuel Schumer
Meltzer Purtill & Stelle LLC
1515 E Woodfield Rd, 2nd Floor
Roselle, IL 60172

Sandeno, Inc
1488 S. Broadway
Coal City, IL 60416

Sawcore Inc
P.O. Box 537
Peotone, IL 60468

Schloss Development, Inc.
602 Elm Court
Rockdale, IL 60436

Schubert & Sons Concrete
1976 Sheffield Lane
Wheaton, IL 60189

SDH Rockdale 1, LLC
602 Elm Court
Rockdale, IL 60436

Suburban Teamsters
101 E Chicago St
Elgin, IL 60120

Sunset Logistics LLC
8 Prosper Ct
Lake in the Hills, IL 60156

Transport Towing Inc.
2615 Brandon Road
Joliet, IL 60436

Underground Pipe & Valve
P.O. Box 279
Plainfield, IL 60544

Vulcan Material
14999 Collections Center
Chicago, IL 60693

Welsch Red-E-Mix, Inc.
806 Gardner Street.
Joliet, IL 60433

Wermer, Rogers, Doran & Ruzon
755 Essington Road
Joliet, IL 60435

West Side Tractor Sales
Dept 4570
P.O. Box 87618
Chicago, IL 60680-0618

Bob Baish Excavating, LLC
602 Elm Court
Rockdale, IL 60544