IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-22646 |
| | ) | |
| Bob Baish Excavating, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor in possession. | ) | Judge Donald R. Cassling |

### FINAL DECREE CLOSING CASE

THIS CAUSE COMING before the Court on the motion of Bob Baish Excavating, LLC for entry of an order of substantial consummation and closing of case; due notice having been given; and, the Court being advised in the premises:

THE COURT FINDS that since the March 12, 2013 confirmation of the liquidating plan:

A.  Bob Baish Excavating LLC has paid all final post petition administrative expenses in accordance with the provision of the Liquidating Plan, including the payment of the 1st and 2nd quarter 2013 trustee's fee;

B.  Bob Baish Excavating, LLC has distributed the remaining balance in its DIP account to the Class 1 Claimant, Special Opportunity Value Fund, LLP, assignee of First Midwest Bank in accordance with the provision of the Liquidating Plan; and,

C.  that all assets of Bob Baish Excavating, LLC have been fully administered in accordance with the provision of the confirmed Liquidating Plan and that no additional assets remain to be administered.

1

IT IS THEREFORE ORDERED that the assets of the chapter 11 estate of Bob Baish Excavating, LLC have been fully administered in accordance with the provisions of the confirmed liquidating plan; that the plan has been fully consummated; and, that the case is closed.

ENTER:

_____
Judge

Date: _____

Teresa L Einarson
Thomas & Einarson, Ltd.
1200 Roosevelt Road, Suite 150
Glen Ellyn, IL 60137
Tel. (630) 562-2280